IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-00026-01-CR-W-BP |
| | ) | (22mj127-01-LMC) |
| | ) | |
| **KELLY MILES** | ) | |
| Defendant. | ) | |

## ORDER TO UNSEAL PRE-INDICTMENT/INFORMATION (TARGET) ELECTRONIC CASE FILE

As a result of criminal charges having been filed against the above defendant, IT IS HEREBY ORDERED that the pre-indictment/information (target) electronic case file (ECF) be unsealed and processed in accordance with established procedure.

By: /s/ David P. Rush
David P. Rush
Chief United States Magistrate Judge

Dated: January 30, 2023

Kansas City, Missouri